# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

February 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

*VIA ECF*

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED.

Parties shall file the Cheeks material by February 28, 2020.

Dated: February 18, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: **Clemente, et al. v. Bareburger Group LLC, et al.
Case No. 19 CV 2647 (LGS)**

Dear Judge Schofield:

    This firm represents defendants Bareburger Group LLC, TIDM Corp, Euripides Pelekanos, Eftychios Pelekanos, and Spiridon Apostolatos in connection with the above-referenced action. Our clients reached a settlement agreement with the plaintiffs at the mediation session held in December. In an Order dated February 3, 2020, Your Honor gave the parties until today to file their signed settlement agreement and fairness approval motion with the Court. At this time, I write with the consent of counsel for the plaintiffs to respectfully request an additional two weeks, until February 28, 2020, for the interested parties to submit their settlement documentation. This is the first such request for an extension of time. Counsel for the plaintiffs consents to this request. No other deadlines in this case shall be affected by the granting of this request.

                        Respectfully Submitted,

                        /s/Nils C. Shillito

                        Nils C. Shillito (NS-6755)

cc:     Helen F. Dalton & Associates, P.C. (via ecf)
        Marco & Sitaras PLLC (via ecf)