```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROGELIO VILL CLEMENTE, et al.                               :
                                    Plaintiffs,             :
                                                            :   19 Civ. 2647 (LGS)
 -against-                                                  :
                                                            :   ORDER
BAREBURGER GROUP LLC, et al.,                               :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 2, 2020, Plaintiffs and Defendants Bareburger Group LLC, TIDM Corp., Euripides Pelekanos, Eftychios Pelekanos and Spiridon Apostolatos filed a fully proposed settlement agreement and accompanying letter (Dkt 84). It is hereby

**ORDERED** that the fully executed settlement agreement is APPROVED as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015); *Wolinsky v.Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). It is further

**ORDERED** that Plaintiff's counsel request of **$15,584** is APPROVED. Plaintiff's counsel is awarded **$14,707** as reasonable attorneys' fees and **$877** as reasonable costs. The remainder of the settlement shall be distributed to Plaintiffs.

All of the claims asserted herein by plaintiffs against Defendants Bareburger Group LLC, TIDM Corp., Euripides Pelekanos, Eftychios Pelekanos and Spiridon Apostolatos are hereby dismissed in their entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, except that the claims asserted against defendants Bareburger Group LLC, TIDM Corp., Euripides Pelekanos, Eftychios Pelekanos and Spiridon Apostolatos by Plaintiff Osvaldo Villa Clemente are hereby dismissed without prejudice to Plaintiff Osvaldo Villa Clemente

submitting such claims to binding arbitration in accordance with the applicable mandatory arbitration agreement. Plaintiffs' claims in this action against Michael Pitsinos and George Hadjipanayi are *not* dismissed hereby, and such claims shall continue.

Dated: March 4, 2020
      New York, New York

                                       **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**