

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/20

From the desk of Adama Varsey Sirleaf, Esq.
Email: av@gmgslaw.com
Bar Admissions: New York

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Clemente et al v. Midtown East NY LLC d/b/a Bareburger et al*
<u>SDNY 1:19-cv-02647-LGS</u>

Dear Judge Schofield:

We represent the Defendants in the above-referenced action, and we submit this letter pursuant to Your Honor's order dated March 11, 2020.

The parties agreed that Defendants would respond to Plaintiffs' First Set of Interrogatories and Document Demands, no later than March 6, 2020. Unfortunately, due to a traveling issues and an office mishap, Defendants were not able to submit their responses and objections on March 6, 2020. On March 10, 2020, without contacting Defendants, Plaintiffs filed their motion requesting court intervention. On March 11, 2020, realizing that an error had occurred, the undersigned counsel sent Plaintiffs' counsel Defendants' responses and objections to Plaintiffs' discovery demands. The undersigned requested that the parties discussed how they would move forward with depositions, but Plaintiffs' counsel never responded to the undersigned counsel's correspondence.

Defendants are prepared and ready to move forward with depositions and are waiting for a response from Plaintiffs' counsel.

Defendants thank Your Honor for her consideration on this matter and remain available to provide any additional information.

Sincerely,

*s/Adama Varsey Sirleaf*
Adama Varsey Sirleaf

cc: counsel of record, via ECF

---

**Judge's endorsement:**

The parties are reminded to ensure compliance with the discovery schedule and to meet and confer before seeking Court intervention.

The parties are further reminded that the final case management conference is set for April 2, 2020 and that pre-conference materials are due on March 19, 2020. ECF 80. A trial scheduling order will be set if pre-conference materials are not timely filed.

The Clerk of Court is respectfully directed to close Docket No. 86.

SO ORDERED

Dated: March 16, 2020  New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE