UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROGELIO VILLA CLEMENTE, et al.,

    Plaintiffs,

-against-

MIDTOWN EAST NY LLC, et al.,

    Defendants.

19-CV-2647 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This action has been referred to Judge Moses, on consent of the parties, to conduct all proceedings, including a bench trial, and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. 73. (Dkt. No. 94.) All motions and applications must be made in compliance with Judge Moses's Individual Practices in Civil Cases, and Emergency Individual Practices in Civil Cases, both available at http://www.nysd.uscourts.gov/hon-barbara-moses.

    Judge Moses will conduct a trial scheduling conference on **June 18, 2020 at 11:30 a.m.** At that time the parties shall call **(888) 557-8511** and enter the access code **7746387**. **Please treat the conference as you would a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called**.

    In advance of the conference, counsel should review their schedules and the schedules of their clients for the next three months. At the conference, counsel should be prepared to commit to deposition dates for each party witness (if the Court permits discovery to be reopened for this purpose) and a date certain for the bench trial within that timeframe. They should also be prepared to discuss appropriate technology and logistics for examining witnesses and presenting exhibits and argument remotely if it remains impossible or unadvisable for all parties and counsel to appear physically in the courtroom for trial. Regardless of that determination, the parties will be required to submit their direct testimony, prior to the start of the trial, via affidavit.

Dated: New York, New York
       June 11, 2020

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**